No. 05–6577. EDWARDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6578. EDMONDSON *v.* UNITED STATES; GUIDO-CRUZ *v.* UNITED STATES; MARTINEZ-FABELLA *v.* UNITED STATES; and PONCE-VELARDE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6580. COOK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6581. SALVADOR CHAVEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6582. PHILLIPS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6586. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6588. ARRIYAGA-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6589. FOBBS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6590. HACKWORTH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6591. CASTILLO-CUEVAS, AKA CASTILLO, AKA LOPEZ, AKA CUEVAS, AKA CUEVA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6595. MONTANA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–6596. CASTRO-VARGAS *v.* UNITED STATES CHAVEZ-TORRES *v.* UNITED STATES CONTRERAS-CERVANTES *v.* UNITED STATES CORTES-MELENDEZ, AKA MACIAS-SALDANA *v.* UNITED STATES GOMEZ-GARCIA *v.* UNITED STATES GONZALEZ, AKA GARCIA-PEREZ *v.* UNITED STATES HERNANDEZ-

RIVERA *v.* UNITED STATES HIPOLITO-
TREVINO *v.* UNITED STATES
IBARRA-RODRIGUEZ *v.* UNITED STATES
JIMENEZ-SANTOS *v.* UNITED STATES LOPEZ-
MACEDO *v.* UNITED STATES MEZA-CARO,
AKA MEZA-CANO *v.* UNITED STATES
RIVERA-GODINEZ *v.* UNITED STATES
ROCHA-HERNANDEZ *v.* UNITED STATES and
QUINTANA-ROMERO *v.* UNITED STATES
C. A. 5th Cir. Certiorari denied.

No. 05–6598. SALAZAR-ARCHULETA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6599. STINE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6600. MEJIA-SOLANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6601. WIMBERLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6605. LATTIMORE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6609. HERRERA-SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6610. BRADSHAW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6612. BRAYE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6613. BARNAL-NAVA *v.* UNITED STATES; GONZALEZ-VILLANUEVA *v.* UNITED STATES; JUAREZ-MORENO *v.* UNITED STATES; MONTER-CARRILLO *v.* UNITED STATES; ORTEGA-HERNANDEZ *v.* UNITED STATES; and RAMOS-MORUA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6614. NORRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.